DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIGITA R. DENAPOLI,**
Appellant,

v.

**RICHARD L. DENAPOLI,**
Appellee.

No. 4D18-2544

[April 4, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Lopane, Judge; L.T. Case No. 17-005203 FMCE.

Brigita R. DeNapoli, Hollywood, pro se.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***